# Order

Michigan Supreme Court
Lansing, Michigan

July 26, 2010

141040

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 141040
COA: 296514
Muskegon CC: 09-057585-FH

SHARON LOUISE SPROWLS,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 30, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

0719